

# COURT OF APPEALS
**SECOND DISTRICT OF TEXAS**
**FORT WORTH**

**NOS. 02-10-00459-CV**
**02-10-00460-CV**
**02-10-00461-CV**

BRUCE MCCONNELL                                           APPELLANT

V.

THE STATE OF TEXAS                                     APPELLEE

----------

FROM THE 211TH DISTRICT COURT OF DENTON COUNTY

----------

## MEMORANDUM OPINION[1] AND JUDGMENT

----------

On January 25, 2012, we notified appellant that his brief had not been filed as required by Texas Rule of Appellate Procedure 38.6(a). *See* Tex. R. App. P. 38.6(a). We stated we could dismiss these appeals for want of prosecution unless appellant or any party desiring to continue these appeals filed with the

---

[1]*See* Tex. R. App. P. 47.4.

court within ten days a response showing grounds for continuing the appeals. *See* Tex. R. App. P. 42.3.  We have not received any response.

Because appellant's brief has not been filed, we dismiss these appeals for want of prosecution.  *See* Tex. R. App. P. 38.8(a), 42.3(b), 43.2(f).

PER CURIAM

PANEL:  DAUPHINOT, GARDNER, and WALKER, JJ.

DELIVERED:  February 23, 2012